

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 6 - 0 1 5__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

_____    _____
(Date forms issued)            (Signature of Party or their Representative)

Wilmington Tug, Inc.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action