UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG, INC. | : |
| Plaintiff | : Civil Action No.: 06-cv-0015 |
| v. | : |
| M/V CLARY, her engines, tackle, boilers, etc. *in rem* | : |
| and | : |
| CLARY SHIPPING, *in personam* | : |
| Defendants. | : |

**SUMMONS AND WARRANT FOR ARREST OF VESSEL**

TO THE UNITED STATES MARSHAL OF THE DISTRICT OF DELAWARE —

**GREETINGS:**

**WHEREAS** a Verified Complaint in Admiralty has been filed in the United States District Court for the District of Delaware on January 6, 2006, against the M/V CLARY (the Vessel), her engines, tackle, equipment and furnishings, etc., asserting a maritime claim *in rem* for negligence; and

PBH: 180602.2

1

**WHEREAS** an Order has been entered directing that a Warrant for the arrest of the Vessel be issued and delivered to you for execution pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

**YOU ARE THEREFORE COMMANDED** to forthwith arrest the Vessel, her engines, equipment, tackle, equipment and furnishings, etc., and to detain the same until further order of this Court, and that you promptly after execution of this process file same in this Court with your return thereon; and

**YOU ARE FURTHER COMMANDED** to forthwith serve this Warrant, a copy of the Order directing the issuance of this Warrant, and a copy of the Verified Complaint upon the Master or other ranking office or caretaker of the Vessel, making due and prompt return upon execution of this process.

The said defendant is hereby summoned and required to serve upon counsel for the plaintiffs herein an Answer to the Complaint within twenty (20) days after service of this Summons; however, in the event that the Warrant of Arrest is executed, any person claiming an interest in or to the M/V CLARY shall file a verified statement of right or interest within ten (10) days after process has been executed, and shall serve an Answer to the Complaint within twenty (20) days thereafter.

Issued this _6th_ day of _January_, 2006.

Clerk, United States District Court

By: _____
    Deputy Clerk

Any person who asserts a right of possession or any ownership interest in the Vessel, her engines, equipment, tackle, equipment and furnishings, etc. must file a verified statement of right or interest with the Clerk of Court and answer or except to the Verified Complaint within the times prescribed by Rule C(6)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims; otherwise an Interlocutory or Final Judgment may be entered as proper.

Attorneys for Plaintiff Wilmington Tug, Inc..:

Michael B. McCauley, Esq.
Delaware Bar# 2416
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895