UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILMINGTON TUG, INC.

                Plaintiff

    v.

M/V CLARY, her engines, tackle, boilers, etc. *in rem*

    and

CLARY SHIPPING, *in personam*

               Defendants.

Civil Action No.: 06-cv-_0015_



FILED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER TO ISSUE WARRANT FOR ARREST OF VESSEL**

Upon reviewing the Verified Complaint and the Motion for an Order directing the Clerk of Court to issue a Warrant for the arrest of the M/V CLARY and to deliver said Warrant to the United States Marshal for execution, and the conditions for an *in rem* action appearing to exist,

**IT IS ORDERED** that the Clerk of Court shall issue a Warrant for the arrest of the M/V CLARY (the Vessel), and shall deliver said Warrant to the United States Marshal of this District for execution pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

**IT IS FURTHER ORDERED** that such persons or entities who own or control the premises where the Vessel is located shall make reasonable accommodation for the execution

of said Warrant by the United States Marshal, including but not limited to permitting and facilitating unobstructed access to the Vessel by land or water; and

**IT IS FURTHER ORDERED** that any person who asserts a right of possession or any ownership interest in the Vessel arrested pursuant to said Warrant may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring the Plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and

**IT IS FURTHER ORDERED** that a copy of this Order and a copy of the Verified Complaint be attached and served with said Warrant.

SO ORDERED this ___6th___ day of ___January___, 2006.

_____
UNITED STATES DISTRICT JUDGE