UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG INC. | : |
| Plaintiff | : Civil Action No.: 06-cv- 0015 |
| v. | : |
| M/V CLARY, her engines, tackle, boilers, etc. *in rem* | : |
| and | : |
| CLARY SHIPPING, *in personam* | : |
| Defendants. | : |



FILED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INSTRUCTIONS TO UNITED STATES MARSHAL FOR ARREST OF VESSEL

You will find the M/V CLARY a Bulk Carrier, IMO Number 7623124 (the Vessel), at the Wilmington Marine Terminal, Wilmington, Delaware. Please serve upon the Master or other ranking office or caretaker the Summons and Warrant, a copy of the Order directing the issuance of the Warrant, and a copy of the Verified Complaint. When service of process is complete, please make your Form USM-285 return to the Clerk of Court and provide us with a copy of same. Please telephone the undersigned attorneys if there is any difficulty effecting the arrest.

Thank you for your assistance.

PALMER BIEZUP & HENDERSON LLP

Date: 1/6/06    By: /s/ Michael B. McCauley
Michael B. McCauley, Esq.
Delaware Bar# 2416

1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
Attorneys for Plaintiff

*Of Counsel:*

Richard Q. Whelan, Esq.
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106-3409
(215) 625-9900