UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILMINGTON TUG, INC.

     Plaintiff     : Civil Action No.: 06-cv-0015

  v.

M/V CLARY, her engines, tackle, boilers,
       etc. *in rem*

 and

CLARY SHIPPING, *in personam*

     Defendants.



FILED

JAN - 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Plaintiff, by and through their attorneys, Palmer Biezup & Henderson, LLP, having appeared and requested that Ring Maritime Services, Inc./Taylor Marine Transport be appointed as substitute custodian of the defendant vessel M/V CLARY (the "Vessel"), and Plaintiff having agreed to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel from the time the Marshal transfers custody of said vessel over to the substitute custodian, and Plaintiff having further agreed to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the vessel, it is by the United States District Court for this District hereby:

ORDERED, that the Clerk of Court issue a Warrant of Arrest for the vessel and that the United States Marshal for this District is hereby authorized and directed forthwith to seize said vessel, her engines, tackle, boilers, etc., pursuant to said Warrant for arrest, and

ORDERED, that the United States Marshal for this District be authorized and directed to surrender the possession and custody of the vessel to Ring Maritime Services, Inc./Taylor Marine Transport as substitute custodian, and it is further

ORDERED, that upon such surrender the Marshal shall be discharged from his duties and responsibilities for safekeeping of the vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping of the vessel, and it is further

ORDERED, that said vessel shall remain in the custody of the substitute custodian pending further order of this Court, and it is further

ORDERED, that so long as the vessel is under arrest, it shall not move or leave the waters of this District without the prior approval of this Court, unless an emergency arises, but may move to an appropriate anchorage or other location within the District with the permission of Plaintiff's counsel, and that the vessel shall be permitted to commence and/or conduct cargo operations within the District relating to the vessel's call at the Port of Wilmington, and it is further

ORDERED that the United States Marshal shall serve a copy of this Order, the said Warrant of Arrest and a copy of the Summons and Complaint upon the Master, or other ranking officer or caretaker of the vessel, and shall make due and prompt return.

_____
United States District Judge

Dated: 1/6/06