UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

WILMINGTON TUG, INC.

      Plaintiff

  v.

M/V CLARY, her engines, tackle, boilers,
         etc. *in rem*
 and

CLARY SHIPPING, *in personam*

      Defendants.
_____

Civil Action No.: 1:06-cv-00015

**ORDER TO POST SECURITY FOR RELEASE OF VESSEL**

 WHEREAS, on or about January 6, 2006, plaintiff Wilmington Tug, Inc. commenced this lawsuit against the M/V CLARY, *in rem*, asserting a maritime lien against the vessel for damage to the plaintiff's tugboats due to an allision at the Port of Wilmington, Delaware on January 6, 2006, and requested the Court to enter an Order for arrest of the M/V CLARY pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

 WHEREAS, on January 6, 2006, the Court issued an Order for Issuance of Warrant of Arrest, directing the U.S. Marshal for this District to arrest the M/V CLARY at the Port of Wilmington;

 WHEREAS, the U.S. Marshal for this District properly effected the arrest of the M/V CLARY on January 6, 2006, and the vessel currently remains under arrest within this District pursuant to the Court's Order;

 WHEREAS on January 9, 2006, Clary Shipping (Pte.) Ltd. filed a separate Limitation of Liability action in this Court, captioned <u>In the Matter of the Complaint of Clary Shipping (Pte.) Ltd,</u>

etc., C.A. No. 1:06-cv-00016 (the "Limitation Action"), together with an Ad Interim Stipulation for Value in the amount of Three Million Dollars ($3,000,000.00).

WHEREAS, upon request of Clary Shipping (Pte.) Ltd., a telephone hearing was held by the Court on January 10, 2006 to consider its Motion for entry of an Restraining Order in the Limitation Action, enjoining prosecution of all other suits, including the captioned action, and for an Order releasing the M/V CLARY from arrest, and the Court having heard and considered the arguments of counsel for Wilmington Tug, Inc. and Clary Shipping (Pte.) Ltd. in connection therewith,

NOW, THEREFORE, it is this 10th Day of January, 2006, hereby ORDERED that before any Restraining Order is entered in the Limitation Action or the Order of Arrest of the M/V CLARY issued in this action (C.A. 1:06-cv-00015) is vacated, Clary Shipping (Pte.) Ltd. must and shall arrange for and provide to counsel for Wilmington Tug, Inc. security in the amount of Three Million Dollars ($3,000,000.00) for the *in rem* claims asserted against the M/V CLARY in this action (C.A. 1:06-cv-00015) in the form of a Letter of Undertaking agreed by the parties and executed by the vessel's insurers, Sveriges Angfartygs Assurans Forening ("The Swedish Club"), which undertaking shall provide a substitute *res* for the M/V CLARY to preserve and maintain the Court's *in rem* jurisdiction in this action and shall stand as security for any judgment which may be subsequently rendered in favor of Wilmington Tug, Inc. and against the M/V CLARY in this action.

SO ORDERED:

_____
Gregory M. Sleet, U.S.D.J.

PBH: 180649.1