UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG, INC.<br><br>       Plaintiff<br>  v.<br><br>M/V CLARY, her engines, tackle, boilers,<br>           etc. *in rem*<br> and<br><br>CLARY SHIPPING, *in personam*<br><br>       Defendants. | Civil Action No.: 1:06-cv-00015 |

## CONSENT TO RELEASE VESSEL FROM ARREST

  WHEREAS, on January 6, 2006, upon Motion of the plaintiff, Wilmington Tug, Inc., this Court issued Order for Issuance of Summons and Warrant of Arrest of Vessel directing the United States Marshal for the District of Delaware to arrest and attach the M/V CLARY;

  WHEREAS, on January 6, 2006, the United States Marshal for the District of Delaware arrested the M/V CLARY at the Port of Wilmington pursuant to the Court's Order;

  WHEREAS, on January 10, 2006, the Court entered an Order requiring the defendant to provide and furnish to the plaintiff Wilmington Tug, Inc. security in the amount of $3,000,000.00 in a form agreed by the parties to obtain the release of the vessel;

  WHEREAS, the defendant has delivered and the plaintiff Wilmington Tug, Inc. has accepted a Letter of Undertaking from the Swedish Club as the security provided for by the Court in its Order of January 10, 2006;

NOW, THEREFORE, plaintiff Wilmington Tug, Inc., by and through its attorneys, Michael B. McCauley and Palmer Biezup & Henderson, LLP, hereby consents to and authorizes the release of the M/V CLARY from arrest and requests the Court to enter an Order directing the U.S. Marshal for the District of Delaware to take all necessary action forthwith to lift the arrest of the vessel which is presently located at the Port of Wilmington.

                              **PALMER BIEZUP & HENDERSON, LLP**

                              By:   /s/ Michael B. McCauley
                                    Michael B. McCauley, Esq.
                                    Delaware Bar# 2416
                                    1223 Foulk Road
                                    Wilmington, DE 19803
                                    (302) 594-0895
                                    Attorneys for Plaintiff

*Of Counsel:*

Frank P. DeGiulio, Esq.
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106-3409
(215) 625-9900

PBH: 180661.1