UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG, INC.<br><br>                     Plaintiff<br>v.<br><br>M/V CLARY, her engines, tackle, boilers,<br>                     etc. *in rem*<br>  and<br><br>CLARY SHIPPING, *in personam*<br><br>                     Defendants. | Civil Action No.: 1:06-cv-00015 |

## ORDER TO RELEASE VESSEL FROM ARREST

TO: THE U.S. MARSHAL FOR THE DISTRICT OF DELAWARE - Greetings

WHEREAS, on January 6, 2006, this Court issued Order for Issuance of Summons and Warrant of Arrest of Vessel directing the United States Marshal for the District of Delaware to arrest and attach the M/V CLARY;

WHEREAS, on January 6, 2006, the United States Marshal for the District of Delaware arrested the M/V CLARY at the Port of Wilmington pursuant to the Court's Order;

WHEREAS, on January 10, 2006, the Court entered an Order requiring the defendant to provide and furnish to the plaintiff Wilmington Tug, Inc. security in the amount of $3,000,000 in a form agreed by the parties to obtain the release of the vessel;

WHEREAS, the defendant has delivered and the plaintiff Wilmington Tug, Inc. has accepted a Letter of Undertaking from the Swedish Club as the security provided for by the Court in its Order of January 10, 2006;

NOW, THEREFORE, the U.S. Marshal for the District of Delaware is hereby authorized and directed to take all necessary action forthwith to lift the arrest of the M/V CLARY which is presently located at Wilmington Marine Terminal.

SO ORDERED:

for _____  5:57 pm
Gregory M. Sleet, U.S.D.J.    1/10/06