UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILMINGTON TUG, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| M/V CLARY, her engines, tackle, boilers, etc., *in rem*, et al., | * | Civil Action No. 06-cv-0015 |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    * | *    * | * |

## STATEMENT OF INTEREST AND ENTRY OF RESTRICTED APPEARANCE

Clary Shipping (Pte.) Ltd., by Daniel W. Scialpi, one of its attorneys, states that it is the Owner of the M/V CLARY, her engines, boilers, tackle, appurtenances, etc., as the same are proceeded against, at the instance of Clary Shipping (Pte.) Ltd., Plaintiff.

WHEREFORE, it enters its restricted appearance in accordance with supplemental Rule E(8) and prays to defend its interest in the vessel.

I am duly authorized to make this statement of interest and restricted appearance on behalf of the Owner.

I declare under penalty of perjury that the foregoing is true and correct.

/S/ Daniel W. Scialpi
Daniel W. Scialpi (#4146)
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
dscialpi@Wierlaw.com

*Attorneys for Clary Shipping (Pte.) Ltd.*