Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILMINGTON TUG, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| M/V CLARY, her engines, tackle, boilers, | ) | Civil Action No. 06-cv-0015 |
| etc., *in rem, et al.,* | ) | |
|     Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of M. Hamilton Whitman, Jr. to represent Defendants in this matter.

Signed: /S/ Daniel W. Scialpi

Daniel W. Scialpi (#4146)
Richard R. Wier, Jr. (#716)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com
Attorneys for: Clary Shipping (Pte.) Ltd.

Date: January 26, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: /S/ M. Hamilton Whitman, Jr.        Date:    January 26, 2006

Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore St., 8th Floor
Baltimore, MD 21202
(410) 685-1120