UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILMINGTON TUG, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| M/V CLARY, her engines, tackle, boilers, etc., *in rem*, et al., | * | Civil Action No. 06-cv-0015 |
| | * | |
| Defendants. | * | |
| | * | |

\*        \*        \*        \*        \*

## NOTICE OF STAY

Notice is hereby provided that this action is stayed pursuant to the attached Restraining Order and Order for Issuance of Notice that Claims be Filed issued in the related action, *In the Matter of the Complaint of Clary Shipping (Pte.) Ltd., as Owner and/or Owner Pro Hac Vice of the Motor Vessel CLARY for Exoneration From or Limitation of Liability*, Civil Action No. 1:06-cv-0016, also pending before this Court. A copy of this Restraining Order is attached hereto as Exhibit 1.

/s/ Daniel W. Scialpi
Daniel W. Scialpi (#4146)
Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

*Attorneys for Clary Shipping (Pte.) Ltd.*