IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CLARY SHIPPING (Pte.) LTD., AS OWNER(S) AND/OR OWNER(S) *PRO HAC VICE* OF THE MOTOR VESSEL CLARY FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * |

\* \* \* \* \* \* \* \* \* \* \*

Civil Action No.: 06-16

### RESTRAINING ORDER
### AND ORDER FOR ISSUANCE OF NOTICE THAT CLAIMS BE FILED

Clary Shipping (Pte.) Ltd ("Clary Shipping"), having filed a Complaint for Exoneration from or Limitation of Liability as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY ("CLARY" or "Vessel"), claiming the right to exoneration from or limitation of liability pursuant to 46 U.S.C. app. §§ 181-189 for any loss, damage, injury or destruction caused by or resulting from an occurrence on or about January 6, 2006 (the "Accident"), or otherwise caused or resulting during the Voyage on which the Vessel was then engaged, and said Complaint also stating the facts and circumstances on which said exemption from and limitation of liability are claimed, and good cause appearing for the entry of a restraining order and order for issuance of a notice that claims be filed as prayed for in the Complaint, it is this 17th day of Jan., 2006, by the United States District Court for the District of Delaware,

ORDERED that a Notice issue out of this Court against all persons claiming damages for any and all loss, damage, injury, or destruction or any other claim occasioned by or resulting from the Accident or Voyage complained of, citing them to appear before this Court and file their respective claims with the Clerk of this Court on or before February 23, 2006 at 5:00 p.m. and to serve on or mail to counsel for Clary Shipping a copy of such claims, with the right of any

RBH 779805.1 1/8/2006 11:52 AM

Exhibit 1

claimant desiring to contest the right of Clary Shipping to exoneration from or limitation of liability to answer the Complaint on or before February 23, 2006 at 5:00 p.m., and it is further

ORDERED, that said Notice be given by the publication thereof in The News Journal once a week for four successive weeks prior to February 23, 2006, and that on or before the date of the second such publication a copy of the Notice be mailed to every person or entity known to have made any claim against the CLARY or Clary Shipping arising out of the Accident or the Voyage on which the CLARY was then engaged; and it is further

ORDERED, that the beginning or prosecution of any and all suits, actions or proceedings of any nature or description whatever other than this action against the CLARY, Clary Shipping, and/or their officers, agents, servants, or employees, as well as the crew of the CLARY on the date of the Accident in respect of any claim arising out of, consequent upon, or in connection with the Accident or the Voyage upon which the Vessel was then engaged, be and hereby is stayed and restrained until the hearing and determination of this action and until further order of this Court; and it is further

ORDERED, that the service of this Order as a restraining order may be made by delivering a copy of this Order to the person or entity to be restrained or to his or its counsel of record in any suit, action or proceeding, or by mailing a copy of this Order by regular first-class mail and certified mail, return receipt requested, to the person or entity to be restrained or to his or its counsel of record in any suit, action or proceeding.



FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Judge