IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG, INC.,           ) | |
|     Plaintiff,           ) | |
|                            ) | Civil Action No. 06-0015 JJF |
| v.           ) | |
|                            ) | |
| M/V CLARY, her engines, tackle, boilers,  ) | |
| etc., in rem, et al.           ) | |

## CERTIFICATE OF SERVICE

I certify that on this 26th day of January 2006 that I caused to be filed the attached Notice of Stay, Statement of Interest and Entry of Restricted Appearance, and Motion and Order for Admission Pro Hac Vice of Robert B. Hopkins and M. Hamilton Whitman, Jr., with the Clerk of the Court using CM/ECF, which will send a copy of the filings to:

Michael B. McCauley
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 29803

                                        **RICHARD R. WIER, JR., P.A.**

                                        __/s/ Daniel W. Scialpi__
                                        Richard R. Wier, Jr. (#716)
                                        Daniel W. Scialpi (#4146)
                                        Two Mill Road, Suite 200
                                        Wilmington, DE 19806
                                        (302)888-3222
                                        DScialpi@wierlaw.com