IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : <br> OF CLARY SHIPPING (PTE.) LTD., AS : <br> OWNER AND/OR OWNER *PRO HAC VICE* : <br> OF THE MOTOR VESSEL CLARY FOR : <br> EXONERATION FROM OR LIMITATION : <br> OF LIABILITY : | C.A. No. 06-0016 GMS |

## CITY OF WILMINGTON'S CLAIM OF DAMAGES

COMES NOW, the City of Wilmington, Delaware ("the City"), pursuant to Fed.R.Civ.P. Supp. Rules A(4) and F(5), and hereby gives notice of its claim of damages against Clary Shipping Ltd. ("Clary Shipping"), as the owner of the motor vessel CLARY, and in support thereof, the City states:

1. The City is a municipal corporation and a political subdivision of the State of Delaware. The City owns FIREBOAT 7, a marine unit of the Wilmington Fire Department.

2. On or about January 6, 2006, FIREBOAT 7 was docked in the Christina River in Wilmington, Delaware, at which time it was tied to the port side of the dock owned by Wilmington Tugs, Inc. ("Tugs"), along with the TINA, which is a vessel owned by Tugs.

3. On said date, two other vessels, the BROOKLYN and the NANCY, both of which are owned and operated by McAllister Towing of Philadelphia, Inc., towed the westbound/inbound CLARY to its berth at the Port of Wilmington terminal, at which time the CLARY struck the TINA, which in turn struck FIREBOAT 7 ( "the collision").

4. As a result of the collision, FIREBOAT 7 sustained the following damage: (1) a crushed steel pipe with attendant damage to a platform ladder; (2) a starboard aft deluge gun that is jammed in swivel; (3) a battered starboard exhaust port with trailing edges; and (4) such other damage that may be discovered upon further inspection ("the damages").

5. The said damages will necessitate the following repairs to FIREBOAT 7: (1) cutting the damaged platform ladder and mounts off at the transom, with sealing of the hull mounts; (2) installation of a new dive platform and ladder, with hallout; (3) removal and replacement of the jammed deluge gun; (4) cutting the exhaust port away at the transom and constructing a new exhaust port at the same location; and (5) such other repairs to damages that may be discovered upon further inspection ("the permanent repairs").

6. As of the date of this notice of claim, it is estimated that the costs of the permanent repairs to FIREBOAT 7 will be approximately $12,000.00.

7. On January 27, 2006, the City incurred costs in the amount of $585.00 for removal of the damaged dive platform and welding of temporary patches over the hull openings ("the temporary repairs"), to temporarily sustain FIREBOAT 7 until the permanent repairs are completed.

WHEREFORE, the City of Wilmington, as owner of FIREBOAT 7, presents its claim of damages against Clary Shipping Ltd. in the amount of $12,565.00, and such additional amounts, if any, with lawful interest accrued thereupon, that will be calculated upon completion of the repairs for all damages to FIREBOAT 7 arising from the collision with the CLARY.

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175

DATE: February 23, 2006        Attorney for Claimant City of Wilmington