IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : | |
| OF CLARY SHIPPING (PTE.) LTD., AS : | |
| OWNER AND/OR OWNER *PRO HAC VICE* : | C.A. No. 06-0016 GMS |
| OF THE MOTOR VESSEL CLARY FOR : | |
| EXONERATION FROM OR LIMITATION : | |
| OF LIABILITY : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 23rd day of February, 2006, I filed the City of Wilmington's Claim of Damages with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following named individuals:

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Daniel W. Scialpi, Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Robert B. Hopkins, Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorney for Claimant City of Wilmington