UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILMINGTON TUG, INC.<br><br>                  Plaintiff<br>   v.<br><br>M/V CLARY, her engines, tackle, boilers,<br>                etc. *in rem*<br>   and<br><br>CLARY SHIPPING, *in personam*<br><br>                Defendants. | Civil Action No.: 1:06-cv-00015 |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action on the terms set forth below pursuant to Fed. R. Civ. Pro. 41(a)(1):

1. Plaintiff Wilmington Tug, Inc. hereby agrees to dismiss, with prejudice, all claims against the defendants M/V CLARY and Clary Shipping except for those claims described in Paragraph 2 of this Stipulation, which shall be and are dismissed without prejudice.

2. Plaintiff Wilmington Tug, Inc. hereby agrees to dismiss, without prejudice, any claim or cause of action by Wilmington Tug, Inc. against the M/V CLARY or Clary Shipping for contribution and/or indemnity in connection with a claim, demand or cause of action made or initiated against Wilmington Tug, Inc. by its employee Jeffrey Gidden with regard to the incident which forms the basis of the Complaint in this matter and any claim or cause of action by Wilmington Tug, Inc. against the M/V CLARY or Clary Shipping to enforce the terms and

conditions of a certain Settlement Agreement and Release executed between the parties on or about June 29, 2006.

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID No. 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
Attorneys for Claimant,
Wilmington Tug, Inc.

RICHARD R. WIER, JR. P.A.

By: _____
Richard R. Wier, Jr. (#716)
1220 Market Street
Suite 600
Wilmington, DE 19801
(302) 888-3222
Attorneys for Plaintiff

Dated: August 16, 2006

PBH: 184328.1

2