## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

June 7, 2007

TO:    Counsel

RE:    Wilmington Tug v. M/V Clary
        Civil Action No. 06-15 GMS

        In the Matter of Clary Shipping Pte Ltd.
        Civil Action No. 06-16 GMS

Dear Counsel:

        Please submit a report regarding the status of the above-referenced cases, via electronic case filing, no later than June 21, 2007.

        Thank you.

        Very truly yours,

        /s/

        Marie McDavid
        Case Manager to Judge Gregory M. Sleet