# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.**\*

**MICHELE D. ALLEN**\*

\*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

June 20, 2007

**VIA E-FILING**
Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

Re:   Wilmington Tug, Inc. v. M/V CLARY, et al.
      Civil Action No. 06-cv-0015

      In the Matter of the Complaint of Clary Shipping (Pte.) Ltd.,
      As Owner and/or Owner *Pro Hac Vice* of the Motor Vessel
      CLARY for Exoneration From or Limitation of Liability
      Civil Action No. 06-cv-0016

Dear Judge Sleet:

I am writing on behalf of all parties to respond to your June 7, 2007 letter requesting a status report on the two above-referenced cases involving a maritime casualty that occurred during the docking of the M/V CLARY on June 6, 2006 at the Wilmington Marine Terminal in Wilmington, Delaware. The first action, *Wilmington Tug v. M/V CLARY*, Civil Action No. 06-15 GMS, was settled some time ago and a Joint Stipulation of Dismissal was filed in August of 2006.

The second action, *the Matter of the Complaint of Clary Shipping (Pte.) Ltd.*, Civil Action No. 06-16 GMS, is a limitation of liability proceeding in which multiple claims were filed. The last unsettled claim in the second action (by the City of Wilmington) was only recently settled. Accordingly, the parties will within the next week file the agreed upon dismissal documents in the second action.

The parties again thank you for your assistance in this matter.

Respectfully submitted,

/s/Richard R. Wier, Jr.

Richard R. Wier, Jr. (#716)

cc:   Counsel of Record (via-e-mail)